USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SABATO CONTE, MICHAEL MURPHY, :
YAMIRA WONG, ANTHONY LARDO, and :
MATTHEW IAROCCI, on behalf of themselves :
and others similarly situated, :
                                   Plaintiffs, :    21-cv-2516 (VEC)
                -against- :
                                                         :    ORDER
METROPOLITAN TRANSPORTATION :
AUTHORITY AND TRIBOROUGH BRIDGE :
AND TUNNEL AUTHORITY, :
                                      Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on October 20, 2022, the parties informed the Court of a discovery dispute;

        IT IS HEREBY ORDERED that the parties must appear before the Court for a teleconference on **Monday, October 24, 2022, at 2:00 p.m.** The parties may dial in using: (888) 363-4749 // Access Code: 3121171# // Security Code: 2516#.


**SO ORDERED.**

**Date: October 20, 2022**
**New York, New York**
                                                                    **VALERIE CAPRONI**
                                                                    **United States District Judge**