USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
SABATO CONTE, MICHAEL MURPHY, :
YAMIRA WONG, ANTHONY LARDO, and :
MATTHEW IAROCCI, on behalf of themselves :
and others similarly situated, :
                                    Plaintiffs, :    21-cv-2516 (VEC)
             -against- :
                                            :    ORDER
METROPOLITAN TRANSPORTATION :
AUTHORITY AND TRIBOROUGH BRIDGE :
AND TUNNEL AUTHORITY, :
                                    Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 10, 2022, the parties appeared before the Court for a status conference;

       IT IS HEREBY ORDERED that for the reasons stated at the conference, this case is stayed until further order from this Court. All deadlines and conferences are adjourned *sine die*.

       IT IS FURTHER ORDERED that not later than **Friday, April 7, 2023**, the parties must submit a joint status letter on the progress of settlement efforts. The parties are reminded that they may submit a letter to the Court at any time requesting referral to a private mediator or magistrate judge.

       IT IS FURTHER ORDERED that if the parties conclude that the case cannot be settled, the joint status report must propose a schedule for expert discovery.

**SO ORDERED.**

Date: November 10, 2022
       New York, New York
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**