

NEW YORK     CALIFORNIA     GEORGIA     PENNSYLVANIA

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/06/2023

Innessa M. Huot
ihuot@faruqilaw.com

April 6, 2023

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, New York 10007

  Re: *Conte, et al. v. Metropolitan Transportation Authority, et al.*,
     Civil Action No.: 1:21-cv-02516(VEC)

Dear Judge Caproni:

  We represent Plaintiffs in the above-referenced action and write, pursuant to Section 2(C) of Your Honor's Individual Practices in Civil Cases, to respectfully request a two (2) week extension of the parties' April 7, 2023 deadline to submit a joint status letter on the progress of settlement efforts. *See* ECF No. 108.

  The parties are still conferring and respectfully request an additional two weeks to do so. This is the first request for an extension of this deadline.

  We thank the Court for its time and attention to this matter.

               Respectfully submitted,

               Innessa M. Huot

Cc: Counsel of Record (*via* ECF)

---

Application GRANTED. The deadline for the parties to submit a status update to the Court regarding the progress of settlement efforts is hereby extended from Friday, April 7, 2023 until **Friday, April 21, 2023**.

SO ORDERED.

*[signature]* 04/06/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

685 THIRD AVENUE  NEW YORK, NY 10017  PHONE: 212.983.9330  FAX: 212.983.9331  EmployeeRightsCounsel.com  FaruqiLaw.com