MEMO ENDORSED



**Innessa M. Huot**
ihuot@faruqilaw.com

August 11, 2023

<u>VIA ECF</u>

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, New York 10007

  Re: *Conte, et al. v. Metropolitan Transportation Authority, et al.*,
    <u>Civil Action No.: 1:21-cv-02516-VEC</u>

Dear Judge Caproni:

  We represent Plaintiffs and write with Defendants' consent to respectfully request a brief three (3) week extension of the parties' deadline to submit a Settlement to the Court for approval, from August 18, 2023 to September 8, 2023. ECF No. 112. Plaintiffs also ask that the conference tentatively scheduled for August 25, 2023 be likewise adjourned by three (3) weeks to September 15, 2023, if needed. *Id.* Plaintiffs need the additional time to finalize the settlement papers for the Court's review.

  This is the first request for an extension.

  We thank the Court for its time and attention to this matter.

              Respectfully submitted,

              Innessa M. Huot

Cc: Counsel of Record (*via* ECF)

Application GRANTED. The deadline for the parties to request Court approval of their settlement agreement is hereby extended from Friday, August 18, 2023, to **Friday, September 8, 2023**. The Court is unlikely to grant any further extension requests absent **extraordinarily good cause**.

The conference scheduled for Friday, August 25, 2023, at 10:00 A.M. is hereby adjourned until **Friday, September 15, 2023, at 10:00 A.M.**

SO ORDERED.

08/11/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE