USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABATO CONTE, MICHAEL MURPHY, YAMIRA WONG, ANTHONY LARDO, and MATTHEW IAROCCI, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

Defendants.

Civil Case No.: 1: 21-cv-02516 (VEC)

**STIPULATION AND [PROPOSED] ORDER APPROVING THE SETTLEMENT AND DISMISSING THE CASE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, and Ordered by the Court that:

(a) Having reviewed the terms of the parties' resolution of this matter, the Court finds that the parties' settlement of the claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and directs the Clerk to enter this document;

(b) The above-captioned action is hereby certified as a collective action for settlement purposes, and all causes of action that were asserted therein, including all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements, or attorneys' fees to any party, except as provided for in the parties' Settlement Agreement; and

(c) The Court shall retain jurisdiction of this matter for the sole purposes of enforcing the parties' settlement.

Dated: September 8, 2023
New York, New York

**FARUQI & FARUQI, LLP**

By: _____
Innessa M. Huot
Shawn Clark
Camilo M. Burr
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: ihuot@faruqilaw.com
sclark@faruqilaw.com
cburr@faruqilaw.com

**TILTON BELDNER LLP**

Josh Beldner
Eric S. Tilton
626 RXR Plaza
Uniondale, NY 11556
Telephone: (631) 629-5291
Facsimile: (516) 324-2170
Email: jbeldner@tiltonbeldner.com
etilton@tiltonbeldner.com

*Attorneys for Plaintiffs and the FLSA Collective*

Dated: September 8, 2023
New York, New York

**PROSKAUER ROSE, LLP**

By: _____
Steven D. Hurd
Joshua S. Fox
Patrick Kramer Rice
Eleven Times Square
New York, NY 10036
Tel: 212-969-3000
Fax: 212-969-2900
Email: shurd@proskauer.com
jfox@proskauer.com
krice@proskauer.com

*Attorneys for Defendants*

> The Clerk of Court is respectfully directed to cancel any scheduled proceedings, close any open motions, and close the case.

SO ORDERED,

_____  09/14/2023
The Honorable Valerie E. Caproni

2